IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THOMAS FRANKLIN MAY, III, #295054, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER GORDY and ) <br> STEVEN T. MARSHALL, ) <br> ) <br> Respondents. ) | CIVIL ACT. NO. 3:18-cv-742-ECM <br> (WO) |

**MEMORANDUM OPINION and ORDER**

On July 19, 2021, the Magistrate Judge entered a Recommendation that the Petitioner's habeas petition be dismissed with prejudice (doc. 30) to which no objections have been filed. Upon an independent review of the file, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the petition for writ of habeas corpus is DENIED, and this case is DISMISSED with prejudice.

Done this 25th day of August, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE